United States Courts
Southern District of Texas
FILED

OCT 08 2014

David J. Bradley, Clerk of Court

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Texas

In re   **Texas Mining Ventures, LLC**

Debtor(s)

Case No. 14-35624-H4

Chapter 11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Estate of William B. Kemper<br>c/o E. Alan Hampson<br>1420 Vance Street, #200<br>Denver, CO 80214 | Estate of William B. Kemper<br>c/o E. Alan Hampson<br>1420 Vance Street, #200<br>Denver, CO 80214 | Alleged, Disputed, Judgment against properties | Contingent<br>Unliquidated<br>Disputed | 2,000,000.00 |
| Gilpin County Treasurer<br>203 Eureka Treasurer<br>Central City, CO 80427 | Gilpin County Treasurer<br>203 Eureka Treasurer<br>Central City, CO 80427 | 2013 Taxes | Contingent<br>Unliquidated | 15,725.94 |
| Gus E. Pappas, P.C.<br>1776 Yorktown, Suite 425<br>Houston, TX 77056 | Gus E. Pappas, P.C.<br>1776 Yorktown, Suite 425<br>Houston, TX 77056 | Attorneys' Fees | Contingent<br>Unliquidated | 569,626.83 |
| Krendl Krendl Sachnoff & Way<br>c/o Ben Snyder CPA/ABV<br>5583 South Prince Street<br>Littleton, CO 80120 | Krendl Krendl Sachnoff & Way<br>c/o Ben Snyder CPA/ABV<br>5583 South Prince Street<br>Littleton, CO 80120 | Legal Services | Contingent<br>Unliquidated | 9,627.90 |
| Marjorie Robbins Daggatt<br>c/o E. Alan Hampson<br>1420 Vance Street, #200<br>Denver, CO 80214 | Marjorie Robbins Daggatt<br>c/o E. Alan Hampson<br>1420 Vance Street, #200<br>Denver, CO 80214 | Alleged, Disputed, Judgment against properties | Contingent<br>Unliquidated | 2,000,000.00 |
| Michael & Dawn Fedrigon<br>1477 Chetwood Court<br>Mundelein, IL 60060 | Michael & Dawn Fedrigon<br>1477 Chetwood Court<br>Mundelein, IL 60060 | Laon to LLC | Contingent<br>Unliquidated | 852,823.78 |
| Scheid Cleveland, LLC<br>3773 Cherry Creek N. Drive<br>Suite 575<br>Denver, CO 80209 | Scheid Cleveland, LLC<br>3773 Cherry Creek N. Drive<br>Suite 575<br>Denver, CO 80209 | Attorney Fees | Contingent<br>Unliquidated | 2,100,000.00 |
| Scheid Cleveland, LLC<br>3773 Cherry Creek N. Drive<br>Suite 575<br>Denver, CO 80209 | Scheid Cleveland, LLC<br>3773 Cherry Creek N. Drive<br>Suite 575<br>Denver, CO 80209 | Attorney fees for services performed in 2012 and 2013 | Contingent<br>Unliquidated | 52,180.25 |
| US Enviromental Protection Agency<br>US Department of Justice<br>Enviromental Enforcement Section<br>PO Box 7611<br>Washington, DC 20044-7611 | US Enviromental Protection Agency<br>US Department of Justice<br>Enviromental Enforcement Section<br>Washington, DC 20044-7611 | CERCLA<br>Notice Only | Unliquidated | Unknown |

B4 (Official Form 4) (12/07) - Cont.

In re  **Texas Mining Ventures, LLC**                                    Case No. _____
_____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Manager/Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date ___10 - 8 - 2014___                    Signature _____
                                                         John Hammond
                                                         Manager/Member

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy